**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**CIVIL ACTION NO. 06-68-JGW**

**MARGARET M. DOANE,**                                                                                        **PLAINTIFF**

**V.**

**LIBERTY MUTUAL FIRE INSURANCE CO.,**                                                         **DEFENDANT**

**MEMORANDUM ORDER**

On February 5, 2007, the court granted the parties' joint request to extend pretrial deadlines. Discovery was to have been completed and status reports to be filed on June 1, 2007, with any dispositive motions to be filed on July 1, 2007. *See* DE #13. On June 12, 2007, the parties filed a joint status report indicating that they have attempted private mediation of their dispute, and would be willing to do so again. The parties' report also states that they have "agreed to keep discovery open until the Status Conference on July 27, 2007."

Neither the record of this case nor the calender of this court reflects that any status conference has been scheduled in this case on July 27 or on any other date. It is also unclear from the parties' report whether they intend to comply with the existing July 1 deadline for the filing of any dispositive motions or whether they seek an extension of that deadline in light of their construed request for further extension of the discovery deadline.

Accordingly, **IT IS ORDERED:**

1. The parties' construed request to extend discovery until July 27, 2007 is **granted**, but the existing dispositive motion deadline of July 1 shall stand absent any motion/request to extend;

2. The parties shall file a supplemental status report on or before **July 30, 2007,**

indicating the date, if any, that private mediation has been scheduled and whether they desire a court-facilitated settlement conference. If the parties seek a court-facilitated conference, they shall include in their report a list of not fewer than three (3) mutually agreeable dates on which to convene such a conference;

    3. Should the parties believe the court to be mistaken concerning the lack of any scheduled status conference on July 27 or any other date, they shall promptly notify the court so that the record can be corrected.

    This the 18th day of June 2007.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge