**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**CIVIL ACTION NO. 06-68-JGW**

**MARGARET M. DOANE,**                                                               **PLAINTIFF**

**V.**

**LIBERTY MUTUAL FIRE INSURANCE CO.,**                         **DEFENDANT**

**MEMORANDUM ORDER**

On August 16, 2007, the court held a telephonic status conference at which counsel indicated their intent to engage in a second private mediation of this dispute. The parties were directed to file a status report on or before November 15 regarding the posture of settlement negotiations. When no timely status report was received, the secretary to the undersigned placed a courtesy call to counsel to remind them of their obligation to file the overdue report.[1] Nonetheless, counsel have yet to comply with the court's August 16, 2007 order.

Accordingly; **IT IS ORDERED:**

The parties shall file their overdue status report on or before **December 14, 2007**. *The report must state the date that private mediation was last conducted and whether the parties desire a court-facilitated settlement conference.* If the parties seek a court-facilitated conference, they shall include in their report a list of not fewer than three (3) mutually agreeable dates on which to convene such a conference. In lieu of a status report, the parties may file an Agreed Order of Dismissal; however, such an order does not excuse counsel from their obligation to show cause for their prior failure to comply with August 16 order of this court.

---

[1] Counsel for the defendant represented that a joint status report had been forwarded to plaintiff's counsel for review and signature.

This the 6th day of December, 2007.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge